RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Data Scape Limited*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATA SCAPE LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>          Defendants. | Case No. 8:18-cv-02285-DOC-KES<br><br>**DECLARATION OF REZA MIRZAIE IN SUPPORT OF DATA SCAPE'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Reza Mirzaie, declare and state as follows:

1. I am a member of the State Bar of California and a partner at the law firm Russ August & Kabat, counsel for Plaintiff Data Scape Limited in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, could and would testify competently under oath.

2. Attached as **Exhibit 1** is a true and correct copy of Data Scape's proposed First Amended Complaint.

3. Attached as **Exhibit 2** is a true and correct copy of the redlined version of Data Scape's proposed First Amended Complaint, showing differences between the original complaint and the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 10, 2019, at Los Angeles, California.

/s/ *Reza Mirzaie*