RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Data Scape Limited*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DATA SCAPE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 8:18-cv-02285-DOC-KESx<br><br>**DATA SCAPE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE: MOTION TO ALTERN OR AMEND A JUDGMENT REGARDING DKT. NO. 41 AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>District Judge: Hon. David O. Carter<br><br>Original Complaint Filed: December 26, 2018 |

Plaintiff Data Scape Limited ("Data Scape") provides this Notice of Supplemental Authority to bring to this Court's attention Federal Circuit's opinion in *Cellspin Soft, Inc. v. Fitbit, Inc.*, a relevant and precedential decision issued today. *See* Ex. A. In *Cellspin Soft*, the Federal Circuit reversed a district court decision granting a Rule 12(b)(6) motion to dismiss an amended complaint based on patent-ineligibility, because "the district court erred by not accepting those [amended] allegations as true." *Id.* at 20. In so doing, the Federal Circuit held that specific, plausible allegations regarding any question under *Alice* Step 2 must be accepted as true at the pleadings stage, even if those allegations are not also "listed" in the patent's intrinsic record. *Id.* at 17-22.

This new, precedential decision bears directly on and supports the arguments briefed in Plaintiff's Motion to Alter or Amend Judgment Regarding Dkt. No. 41 and for Leave to File First Amended Complaint (Dkt. No. 48) and its Reply (Dkt. No. 50). *See, e.g.,* Dkt. No. 48 at 5-13; Dkt. No. 50 at 11-17. It also contradicts Defendants' arguments in opposition, particularly those regarding whether Data Scape's amended complaint is futile. *See* Dkt. No. 49 at 13-24.

Dated: June 10, 2019

Respectfully Submitted,

/s/ Reza Mirzaie
RUSS AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com

*Attorneys for Plaintiff Data Scape Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document has been served on June 25, 2019 to all counsel of record via the Court's CM/ECF system.

Dated:  June 25, 2019                    /s/ Reza Mirzaie